# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re **Brunk Industries** )
)
)
) Case No. **23-90283**
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:  **July 5, 2023**                                      /s/ James D. Brunk
                                                                               Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

Employment Development Department
Bankruptcy Special Procedures Group
P.O. Box 826880  MIC 92E
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gabriel Amezcua-Lopez
c/o Parviz Darabi
500 Airport Blvd, Suite 410
Burlingame, CA 94010


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James D. Brunk
P.O. Box 12350
Oakdale, CA 95361


Jonathan Neil & Associates, Inc.
18321 Ventura Blvd, Suite 1000
Tarzana, CA 91356


Judith Shannon
9812 Rodden Road
Oakdale, CA 95361


Laborers Health & Welfare Trust
Fund for Northern California
5672 Stoneridge Dr, Suite 100
Pleasanton, CA 94588


Northern California Collection Service
P.O. Box 13765
Sacramento, CA 95853


Stanislaus County Tax Colllector
P.O. Box 859
Modesto, CA 95353

```
U.S. Department of Justice
Civil Trial Division, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044


United States Attorney
(For Internal Revenue Service)
2500 Tulare Street, Suite 4401
Fresno, CA 93721
```

***23-90283***

Employment Development Department

Bankruptcy Special Procedures Group

P.O. Box 826880  MIC 92E

Sacramento, CA 94280-0001


Franchise Tax Board

Bankruptcy Section, MS: A-340

P.O. Box 2952

Sacramento, CA 95812-2952


Gabriel Amezcua-Lopez

c/o Parviz Darabi

500 Airport Blvd, Suite 410

Burlingame, CA 94010


Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346


James D. Brunk

P.O. Box 12350

Oakdale, CA 95361

Jonathan Neil & Associates, Inc.

18321 Ventura Blvd, Suite 1000

Tarzana, CA 91356

Judith Shannon

9812 Rodden Road

Oakdale, CA 95361

Laborers Health & Welfare Trust

Fund for Northern California

5672 Stoneridge Dr, Suite 100

Pleasanton, CA 94588

Northern California Collection Service

P.O. Box 13765

Sacramento, CA 95853

Stanislaus County Tax Colllector

P.O. Box 859

Modesto, CA 95353

U.S. Department of Justice

Civil Trial Division, Western Region

Box 683, Ben Franklin Station

Washington, DC 20044

United States Attorney

For Internal Revenue Service)

2500 Tulare Street, Suite 4401

Fresno, CA 93721