**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Brunk Industries　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　Case No.　23-90283
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
_____)

**VERIFICATION OF MASTER EQUITY SECURITY HOLDER ADDRESS LIST**

     I declare under penalty of perjury that the attached Master Equity Security Holder Address List is a true, correct, and complete list of equity security holders and their addresses in this case.

     I acknowledge the following:

- Filing a List of Equity Security Holders with incomplete or incorrect addresses may mean that equity security holders with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case and/or subsequent notices in the case.

- The Court will use the addresses on the attached Master List of Equity Security Holders for all items that the Court mails and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of equity security holders.

DATED: July 5, 2023　　　　　　　　　　　　　/s/ David C. Johnston
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

EDC 2-101 (New, 04/22)

***23-90283***

James D. Brunk
P.O. Box 12350
Oakdale, CA 95361

***23-90283***

James D. Brunk

P.O. Box 12350

Oakdale, CA 95361