# United States Bankruptcy Court
## Eastern District of California

In re __Brunk Industries__     Case No. __23-90283__
Debtor(s)     Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Brunk Industries__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 5, 2023__
Date

/s/ David C. Johnston
**David C. Johnston 71367**
Signature of Attorney or Litigant
Counsel for __Brunk Industries__
**David C. Johnston**
**1600 G Street, Suite 102**
**Modesto, CA 95354**
**(209) 579-1150 Fax:(209) 900-9199**
**david@johnstonbusinesslaw.com**